

| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | PRO HAC VICE APPLICATION,<br>ECF REGISTRATION AND CONSENT<br>TO ELECTRONIC SERVICE,<br>PROPOSED ORDER |

**FILED**

MAY 19 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

H.W.J. DESIGNS FOR AGRIBUSINESS,
INC. AND SAMUEL STRAPPING
SYSTEMS, INC.,

Case No. 1:17-cv-00272-AWI-SKO

Plaintiff(s),

v.

RETHCEIF ENTERPRISES, LLC A/K/A
RETHCEIF PACKAGING, AND L.P.
BROWN COMPANY, INC. D/B/A
INTERNATIONAL FIBER PACKAGING,

Defendant(s).

I, __Mark Vorder-Bruegge, Jr.__, attorney for L.P. Brown Company, Inc.,

hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule

180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed

below and I have submitted payment in the amount of $225.00 to the Clerk, U.S. District Court.

In support of this petition, I state under penalty of perjury that:

My business address is:

| | |
|---|---|
| Firm Name: | Wyatt, Tarrant & Combs, LLP |
| Address: | 1715 Aaron Brenner Dr., Suite 800 |
| City: | Memphis |
| State: | __TN__    ZIP Code: 38120 |
| Voice Phone: | __(901) 537-1000__ |
| FAX Phone: | __(901) 537-1010__ |
| Internet E-mail: | mvorder-bruegge@wyattfirm.com |
| Additional E-mail: | |
| I reside in City: | __Germantown__    State: __TN__ |

I was admitted to practice in the U. S. District Court for the Western District of Tennessee on July 5, 1979. I am presently in good standing and eligible to practice in said court. A certificate of good standing from the court in my state of primary practice is attached to this application. I am not currently suspended or disbarred in any other court.

I have ☐ / have not ☒ concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____
_____
_____

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name: Steven D. Moore
Firm Name: Kilpatrick Townsend & Stockton LLP
Address: Two Embarcadero Center
Suite 1900
City: San Francisco
State: CA  ZIP Code: 94111
Voice Phone: (415) 576-0200
FAX Phone: (415) 576-0300
E-mail: smoore@kilpatricktownsend.com

Dated: 5-18-2017   Petitioner: [signature]

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA
                                           } SS.

WESTERN DISTRICT OF TENNESSEE

I, THOMAS M. GOULD, Clerk of the United States for the Western District of Tennessee, Western Division,

DO HEREBY CERTIFY that **Mark Vorder-Bruegge** was duly admitted to practice in said Court on July 5, 1979 and is in good standing as a member of the bar of said Court.

Dated at Memphis, Tennessee                   THOMAS M. GOULD
                                                                     Clerk of Court

On May 8, 2017.                                        By _/s/ Julia Davis_
                                                                           Deputy Clerk

**ORDER**

IT IS SO ORDERED.

Dated: May 19, 2017

_____
JUDGE, U.S. DISTRICT COURT