| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA |  | PRO HAC VICE APPLICATION,<br>ECF REGISTRATION AND CONSENT<br>TO ELECTRONIC SERVICE<br>PROPOSED ORDER |

**FILED**

MAY 19 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

H.W.J. DESIGNS FOR AGRIBUSINESS, INC. AND SAMUEL STRAPPING SYSTEMS, INC.,

Case No. 1:17-cv-00272-AWI-SKO

Plaintiff(s),

v.

RETHCEIF ENTERPRISES, LLC A/K/A RETHCEIF PACKAGING, AND L.P. BROWN COMPANY, INC. D/B/A INTERNATIONAL FIBER PACKAGING,

Defendant(s).

I, __Matthew M. Lubozynski__, attorney for L.P. Brown Company, Inc., hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $225.00 to the Clerk, U.S. District Court. In support of this petition, I state under penalty of perjury that:

My business address is:

| | |
|---|---|
| Firm Name: | Wyatt, Tarrant & Combs, LLP |
| Address: | 1715 Aaron Brenner Dr., Suite 800 |
| City: | Memphis |
| State: | __TN__  ZIP Code: 38120 |
| Voice Phone: | (901) 537-1000 |
| FAX Phone: | (901) 537-1010 |
| Internet E-mail: | mlubozynski@wyattfirm.com |
| Additional E-mail: | |
| I reside in City: | __Germantown__  State: __Tennessee__ |

I was admitted to practice in the U.S. District Court for the Western District of Tennessee on March 13, 2015. I am presently in good standing and eligible to practice in said court. A certificate of good standing from the court in my state of primary practice is attached to this application. I am not currently suspended or disbarred in any other court.

I have ☐ / have not ☒ concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

_____

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name: Steven D. Moore

Firm Name: Kilpatrick Townsend & Stockton LLP

Address: Two Embarcadero Center

Suite 1900

City: San Francisco

State: CA  ZIP Code: 94111

Voice Phone: (415) 576-0200

FAX Phone: (415) 576-0300

E-mail: smoore@kilpatricktownsend.com

Dated: May 17, 2017  Petitioner: _____

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

} SS.

WESTERN DISTRICT OF TENNESSEE

    I, THOMAS M. GOULD, Clerk of the United States for the Western District of Tennessee, Western Division,

    DO HEREBY CERTIFY that **Matthew M. Lubozynski** was duly admitted to practice in said Court on March 13, 2015 and is in good standing as a member of the bar of said Court.

Dated at Memphis, Tennessee

on May 15, 2017.

THOMAS M. GOULD
Clerk of Court

By _____
Deputy Clerk

# ORDER

IT IS SO ORDERED.

Dated: May 19, 2017

_____
JUDGE, U.S. DISTRICT COURT