KILPATRICK TOWNSEND & STOCKTON LLP
STEVEN D. MOORE (State Bar No. 290875)
smoore@kilpatricktownsend.com
BENJAMIN M. KLEINMAN-GREEN (State Bar No. 261846)
BKleinman-Green@kilpatricktownsend.com
Two Embarcadero Center, Suite 1900
San Francisco, CA 94111
Telephone: 415 576 0200
Facsimile: 415 576 0300

WYATT, TARRANT & COMBS, LLP
MARK VORDER-BRUEGGE, JR. (*Pro Hac Vice*)
mvorder-bruegge@wyattfirm.com
MATTHEW M. LUBOZYNSKI (*Pro Hac Vice*)
mlubozynski@wyattfirm.com
1715 Aaron Brenner Drive, Suite 800
Memphis, TN 38120
Telephone: 901 537 1000
Facsimile: 901 537 1010

WYATT, TARRANT & COMBS, LLP
STEPHEN C. HALL (*Pro Hac Vice*)
schall@wyattfirm.com
ALLISON L. BROWN (*Pro Hac Vice*)
abrown@wyattfirm.com
500 West Jefferson Street, Suite 2800
Louisville, KY 40202-2898
Telephone: 502 589 5235
Facsimile: 502-589-0309

Attorneys for Defendant
L.P. Brown Company, Inc.

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| H.W.J. DESIGNS FOR AGRIBUSINESS, INC. AND SAMUEL STRAPPING SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> RETHCEIF ENTERPRISES, LLC A/K/A RETHCEIF PACKAGING, AND L.P. BROWN COMPANY, INC. D/B/A INTERNATIONAL FIBER PACKAGING, <br><br> Defendants. | Civil Action No. 1:17-cv-00272-AWI-SKO <br><br> **ORDER GRANTING STIPULATION ON SCHEDULE FOR MOTION FOR JUDGMENT ON THE PLEADINGS** <br><br> Complaint Filed: February 24, 2017 |

1  The Parties' filed a Stipulation on Schedule For Motion For Judgment on The Pleadings
2  agreeing to the extension of the hearing and briefing schedule.
3  After considering the Parties' Stipulation and good cause therefore, it is ordered that the
4  hearing for the Defendants' Motion For Judgment on the Pleadings currently set for January 8,
5  2018 is moved to January 22, 2018 at 1:30 pm. The schedule for the remaining briefing is as
6  follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Plaintiffs' Response | December 25, 2017 | January 8, 2018 |
| Defendants' Reply | January 1, 2018 | January 15, 2018 |

IT IS SO ORDERED.

Dated:   December 15, 2017                    _____
                                              SENIOR DISTRICT JUDGE