McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Marshall C. Whitney, #82952
  *marshall.whitney@mccormickbarstow.com*
Kristi D. Marshall, #274625
  *kristi.marshall@mccormickbarstow.com*
7647 North Fresno Street
Fresno, California 93720
Telephone:    (559) 433-1300
Facsimile:     (559) 433-2300

Attorneys for JOHN ROBERTS and TEXAS ENVIRONMENTAL PRODUCTS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ARIEL ELIA, individually and as Successor Trustee to the Alan Elia Declaration of Trust Dated March 18, 2002,<br><br>Plaintiff,<br><br>v.<br><br>JOHN ROBERTS, an individual; TEXAS ENVIRONMENTAL PRODUCTS, INC., a Texas corporation; and TEXAS ENVIRONMENTAL PRODUCTS, a partnership, joint venture or other form of business organization unknown, and DOES 1 through 20, inclusive,<br><br>Defendant. | Case No. 1:16-CV-00557-AWI-EPG<br><br>**STIPULATION AND ORDER TO STAY ENFORCEMENT AND EXECUTION OF JUDGMENT UNTIL RESOLUTION OF POST-TRIAL MOTIONS**<br><br>Trial Date:    October 31, 2017 |

This Stipulation is made and entered into between Plaintiff ARIEL ELIA, individually and as Successor Trustee to the Alan Elia Declaration of Trust Dated March 18, 2002 ("Plaintiff") and Defendants JOHN ROBERTS and TEXAS ENVIRONMENTAL PRODUCTS, INC. ("Defendants"), by and through their respective counsel, with reference to the following:

**R E C I T A L S**

**WHEREAS**, on November 14, 2017, the jury delivered their Verdict following the trial of this action;

**WHEREAS**, on November 14, 2017, Judgment was entered in the above-entitled action;

**WHEREAS**, Plaintiff and Defendants agree to stay enforcement of the Judgment until fourteen (14) days after the Court enters an order ruling on the post-trial motions set for hearing on January 8, 2018;

**WHEREAS**, in consideration for Plaintiff's agreement to stay enforcement of the Judgment as set forth above, Defendants agree not to transfer, encumber, or dispose of any assets of TEXAS ENVIRONMENTAL PRODUCTS, INC. ("TEP")outside the ordinary course of business and specifically agree that there will be no distributions or payments to John Roberts from the funds anticipated to be received on or about December 9, 2017 from the sale of assets to the Ericksons; provided, however, TEP may pay its attorneys' fees incurred in this action..

## **STIPULATION**

**IT IS HEREBY STIPULATED**, by and between Plaintiff and Defendants, by and through their respective counsel, that:

1. Plaintiff will stay enforcement of the Judgment until fourteen (14) days after the Court enters an order ruling on the post-trial motions set for hearing on January 8, 2018; and

2. In consideration of Plaintiff's agreement to stay enforcement of the Judgment as set forth above, Defendants agree not to transfer, encumber, or dispose of any assets of TEXAS ENVIRONMENTAL PRODUCTS, INC. outside the ordinary course of business and agree not to make any distributions to John Roberts from funds anticipated to be received on or about December 9, 2019 from the sale of assets to the Ericksons; provided, however, TEP ;may pay its attorneys' fees inclurred in this action.

Dated: December 12 2017                                          COSTANZO & ASSOCIATES

By: */s/Neal E. Costanzo*
Neal E. Costanzo
Attorney for Plaintiff ARIEL ELIA

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

2
STIPULATION AND [PROPOSED] ORDER TO STAY ENFORCEMENT AND EXECUTION OF JUDGMENT UNTIL RESOLUTION OF POST-TRIAL MOTIONS

Dated: December 12, 2017    McCORMICK, BARSTOW, SHEPPARD,
                            WAYTE & CARRUTH LLP

By: */s/Marshall C. Whitney*
    Marshall C. Whitney
    Kristi D. Marshall
    Attorneys for JOHN ROBERTS and TEXAS
    ENVIRONMENTAL PRODUCTS, INC.

**ORDER**

IT IS SO ORDERED.

Dated: December 15, 2017      _____
                              SENIOR DISTRICT JUDGE