VICTOR DE GYARFAS, CA Bar No. 171950
vdegyarfas@foley.com
**FOLEY & LARDNER LLP**
555 SOUTH FLOWER STREET, SUITE 3500
LOS ANGELES, CA 94104-1520
TEL: 213.972.4500  FACSIMILE: 213.486.0065

MICHAEL R. HOUSTON, Pro Hac Vice
mhouston@foley.com
**FOLEY & LARDNER LLP**
321 NORTH CLARK STREET, SUITE 2800
CHICAGO, IL 60654
TEL: 312.832.4500  FAX: 312.832.4700

Attorneys for Plaintiffs H.W.J. DESIGNS FOR AGRIBUSINESS, INC. AND SAMUEL STRAPPING SYSTEMS, INC.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| H.W.J. DESIGNS FOR AGRIBUSINESS, INC., et al, <br><br>          Plaintiffs, <br><br> vs. <br><br> RETHCEIF ENTERPRISES, LLC A/K/A RETHCEIF PACKAGING, et al., <br><br>          Defendants. | Case No. 1:17-cv-00272-AWI-SKO <br><br> **LOCAL RULE 143 STIPULATED NAME CHANGE OF SAMUEL, SON & CO., INC. AND ORDER** <br><br> (Doc. 75) |

The Plaintiff named as SAMUEL STRAPPING SYSTEMS, INC. has represented to all parties that it has merged into surviving corporation SAMUEL, SON & CO. (USA) INC. All parties stipulate, subject to the approval of this Honorable Court, to substitute SAMUEL, SON & CO. (USA) INC. for SAMUEL STRAPPING SYSTEMS, INC. and change the caption accordingly. The parties agree that this stipulation does not eliminate any defenses or rights that the Defendants may have including, without limitation, defects in ownership of the patents-in-suit and/or standing requirements existing before or after the merger.

IT IS SO STIPULATED.

DATED: February 6, 2018

**FOLEY & LARDNER LLP**

/s/ *Victor de Gyarfas*
Attorneys for Plaintiffs H.W.J. DESIGNS
FOR AGRIBUSINESS, INC. and
SAMUEL, SON & CO. (USA) INC.

**HAHN LOESER & PARKS LLP**

/s/ *R. Eric Gaum*
Attorneys for Defendant RETHCEIF
ENTERPRISES, LLC a/k/a RETHCEIF
PACKAGING

**KILPATRICK TOWNSEND & STOCKTON LLP**

/s/ *Steven D. Moore*
Attorneys for Defendant L.P. BROWN
COMPANY, INC.

**ORDER**

Having reviewed the parties' above "Local Rule 143 Stipulated Name Change of Samuel, Son & Co., Inc." (Doc. 75), the Stipulation is GRANTED. The Clerk is DIRECTED to update the Court's docket to reflect Plaintiff/Counter Defendant Samuel Strapping Systems, Inc.'s name change to **Samuel, Son & Co. (USA) Inc.**

IT IS SO ORDERED.

4844-0804-4124

Dated: **February 7, 2018**　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE