VICTOR DE GYARFAS, CA Bar No. 171950
  vdegyarfas@foley.com
**FOLEY & LARDNER LLP**
555 SOUTH FLOWER STREET, SUITE 3500
LOS ANGELES, CA 94104-1520
TEL: 213.972.4500  FACSIMILE: 213.486.0065

MICHAEL R. HOUSTON, Pro Hac Vice
  mhouston@foley.com
**FOLEY & LARDNER LLP**
321 NORTH CLARK STREET, SUITE 2800
CHICAGO, IL 60654
TEL: 312.832.4500  FAX: 312.832.4700

Attorneys for Plaintiffs H.W.J. DESIGNS FOR AGRIBUSINESS, INC. AND SAMUEL, SON & CO. (USA) INC.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| H.W.J. DESIGNS FOR AGRIBUSINESS, INC., et al, <br><br> Plaintiffs, <br><br> vs. <br><br> RETHCEIF ENTERPRISES, LLC A/K/A RETHCEIF PACKAGING, et al., <br><br> Defendants. | Case No. 1:17-cv-00272-AWI-SKO <br><br> **STIPULATION TO WITHDRAW MOTION TO DISMISS AND STRIKE (DOC. 34) AND ORDER** |

| | |
|---|---|
| 1 | On May 26, 2017, Plaintiffs filed a Motion To Dismiss Certain Counterclaims And Strike |
| 2 | Certain Affirmative Defenses (Doc. 34, "the Motion"). The Motion has been fully briefed as of June 19, |
| 3 | 2017 (Doc. 43). In the interests of judicial economy, Plaintiffs are willing to withdraw the Motion, |
| 4 | without prejudice to whatever rights they otherwise have to raise in the future the same or similar |
| 5 | arguments regarding alleged deficiencies in Defendants' pleadings.  Defendants are agreeable to the |
| 6 | withdrawal of the Motion and agree not to assert or argue that the withdrawal of the Motion was made in |
| 7 | bad faith or is grounds for assertion of sanctions or attorney's fees. |
| 8 | Accordingly, subject to the approval of this Honorable Court, the parties stipulate to the |
| 9 | withdrawal of the Motion (Doc. 34). |

IT IS SO STIPULATED.

DATED:  February 28, 2018

**FOLEY & LARDNER LLP**

/s/ *Victor de Gyarfas*
Attorneys for Plaintiffs H.W.J. DESIGNS
FOR AGRIBUSINESS, INC. and
SAMUEL, SON & CO. (USA) INC.

**HAHN LOESER & PARKS LLP**

/s/ *R. Eric Gaum*
Attorneys for Defendant RETHCEIF
ENTERPRISES, LLC a/k/a RETHCEIF
PACKAGING

**KILPATRICK TOWNSEND & STOCKTON LLP**

/s/  *Steven D. Moore*
Attorneys for Defendant L.P. BROWN
COMPANY, INC.

Having reviewed the parties' STIPULATION TO WITHDRAW MOTION TO DISMISS AND STRIKE (DOC. 34), the Stipulation is approved.

IT IS SO ORDERED.

Dated:   February 28, 2018           _____
                                      SENIOR  DISTRICT  JUDGE

4850-8027-8622

4850-8027-8622