STEVEN D. MOORE (State Bar No. 290875)
smoore@kilpatricktownsend.com
BENJAMIN M. GREEN (State Bar No. 261846)
bkleinman@kilpatricktownsend.com
KILPATRICK TOWNSEND & STOCKTON LLP
Two Embarcadero Center, Suite 1900
San Francisco, CA 94111
Telephone: 415 576 0200
Facsimile: 415 576 0300

MARK VORDER-BRUEGGE, JR. (*Pro Hac Vice*)
mvorder-bruegge@wyattfirm.com
MATTHEW M. LUBOZYNSKI (*Pro Hac Vice*)
mlubozynski@wyattfirm.com
WYATT, TARRANT & COMBS, LLP
1715 Aaron Brenner Dr., Suite 800
Memphis, TN 38120
Telephone: 901 537 1000
Facsimile: 901-537-1010

STEPHEN C. HALL (*Pro Hac Vice*)
schall@wyattfirm.com
ALLISON L. BROWN (*Pro Hac Vice*)
abrown@wyattfirm.com
WYATT, TARRANT & COMBS, LLP
500 West Jefferson Street, Suite 2800
Louisville, KY 40202-2898
Telephone: 502 589 5235
Facsimile: 502 589 0309

Attorneys for Defendant
L.P. Brown Company, Inc.

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| H.W.J. DESIGNS FOR AGRIBUSINESS, INC. AND SAMUEL STRAPPING SYSTEMS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> RETHCEIF ENTERPRISES, LLC A/K/A RETHCEIF PACKAGING, AND L.P. BROWN COMPANY, INC. D/B/A INTERNATIONAL FIBER PACKAGING, <br><br> Defendants. | Civil Action No. 1:17-cv-00272-AWI-SKO <br><br> **STIPULATION REGARDING EXCHANGE OF PROPOSED PATENT CLAIM TERMS FOR CONSTRUCTION; ORDER** <br><br> **(Doc. 100)** <br><br> Judge: Hon. Sheila K. Oberto <br> Ctrm: #7 (6th Floor) <br><br> Complaint Filed: February 24, 2017 |

Pursuant to the Court's scheduling order entered on November 30, 2018, the Parties were scheduled to exchange proposed patent claim terms for construction by no later than December 17, 2018. All counsel have been working diligently to timely exchange the proposed patent claim terms. Defendants need a short amount of additional time to which Plaintiffs agree. Therefore, the parties have agreed upon a mutual and reasonable extension for completing their exchange. Accordingly, pursuant to Fed. R. Civ. P. 29(b), the parties hereby jointly stipulate to exchange the proposed patent claim terms for construction by no later than December 19, 2018, at 5 pm ET / 2pm PT.

IT IS SO STIPULATED.

Submitted: December 18, 2018

Respectfully submitted,

**WYATT, TARRANT & COMBS, LLP**
By: __/s/ Mark Vorder-Bruegge, Jr._____
Attorneys for Defendant
L.P. Brown Company, Inc.

**TAFT STETTINIUS & HOLLISTER LLP**
By: ___/s/ R. Eric Gaum_____
Attorneys for Defendant
Rethceif Enterprises, LLC A/K/A
Rethceif Packaging

**FOLEY & LARDNER LLP**
By: __/s/ Michael R. Houston_____
Attorneys for Plaintiffs,
H.W.J. DESIGNS FOR AGRIBUSINESS, INC.
and SAMUEL, SON & CO. (USA) INC.

///

///

///

///

///

**ORDER**

The parties having so stipulated (Doc. 100) and good cause appearing,

IT IS HEREBY ORDERED that the parties' deadline to exchange the proposed patent claim terms for construction is ENLARGED to December 19, 2018, at 5 pm ET / 2pm PT.

IT IS SO ORDERED.

Dated: __**December 19, 2018**__          /s/ *Sheila K. Oberto*
                                         UNITED STATES MAGISTRATE JUDGE