1  Victor de Gyarfas, CA Bar No. 171950
   vdegyarfas@foley.com
2  FOLEY & LARDNER LLP
   555 South Flower Street, Suite 3500
3  Los Angeles, CA 90071-2411
   Telephone: 213-972-4500
4  Facsimile:  213-486-0065

5  Michael R. Houston (pro hac vice)
   mhouston@foley.com
6  R. Spencer Montei (pro hac vice)
   rmontei@foley.com
7  **FOLEY & LARDNER LLP**
   321 North Clark Street
8  Suite 2800
   Chicago, IL 60654
9  Telephone: 312-832-4500
   Facsimile:  312-832-4700

10 Pavan Agarwal (pro hac vice)
11 pagarwal@foley.com
   **FOLEY & LARDNER LLP**
12 3000 K Street, N.W.
   Suite 600
13 Washington, D.C. 20007
   Telephone: 202-672-5300
14 Facsimile:  202-672-5399

15 Attorneys for Plaintiffs H.W.J. DESIGNS
   FOR AGRIBUSINESS, INC. AND
16 SAMUEL STRAPPING SYSTEMS, INC.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| H.W.J. DESIGNS FOR AGRIBUSINESS, INC. and SAMUEL STRAPPING SYSTEMS, INC., <br><br>Plaintiffs, <br><br>vs. <br><br>RETHCEIF ENTERPRISES, LLC, and L.P. BROWN COMPANY, INC., <br><br>Defendants. | Case No. 1:17−cv−00272−AWI−SKO <br><br>**STIPULATION REGARDING EXTENSION OF TIME TO SUBMIT JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT; ORDER** <br><br>**(Doc. 104)** |

///

///

//

1   Pursuant to the Court's scheduling order entered on November 30, 2018, the Parties were to submit the Joint Claim Construction and Prehearing Statement to the Court by no later than January 11, 2019. (D.I. 99). All counsel have been working diligently to timely meet this deadline. However, both Parties have agreed that a short amount of additional time would be mutually beneficial. Therefore, the parties have agreed upon a mutual and reasonable extension for completing their joint statement. No previous extensions of time for the parties to file a joint statement has been sought or granted. Accordingly, pursuant to E. D. Cal. Local Rule 144(a), and Fed. R. Civ. P. 6, the parties hereby jointly stipulate to submit the Joint Claim Construction and Prehearing Statement by no later than January 18, 2019, pending the Court's approval.

IT IS SO STIPULATED.

DATED: January 10, 2019

Respectfully submitted,

**FOLEY & LARDNER LLP**
By:/s/Victor de Gyarfas
Attorneys for Plaintiffs,
H.W.J. DESIGNS FOR AGRIBUSINESS, INC.
and SAMUEL, SON & CO. (USA) INC.

**WYATT, TARRANT & COMBS, LLP**
By:/s/Stephen C. Hall
Attorneys for Defendant L.P. BROWN COMPANY, INC.

**TAFT STETTINIUS & HOLLISTER LLP**
By: /s/R. Eric Gaum
Attorneys for Defendant RETHCEIF ENTERPRISES, LLC

///
///
///
///
///
///
///
///

**ORDER**

The parties having so stipulated (Doc. 104) and good cause appearing,

IT IS HEREBY ORDERED that the parties' deadline to submit the Joint Claim Construction and Prehearing Statement is ENLARGED to January 18, 2019.

IT IS SO ORDERED.

Dated:  **January 11, 2019**                    /s/ *Sheila K. Oberto*
                                                                    UNITED STATES MAGISTRATE JUDGE