| | |
|---|---|
| 1 | KILPATRICK TOWNSEND & STOCKTON LLP |
| | STEVEN D. MOORE (State Bar No. 290875) |
| 2 | smoore@kilpatricktownsend.com |
| | BENJAMIN M. KLEINMAN (State Bar No. 261846) |
| 3 | BKleinman@kilpatricktownsend.com |
| | Two Embarcadero Center, Suite 1900 |
| 4 | San Francisco, CA 94111 |
| | Telephone: 415 576 0200 |
| 5 | Facsimile: 415 576 0300 |

WYATT, TARRANT & COMBS, LLP
MARK VORDER-BRUEGGE, JR. (*Pro Hac Vice*)
mvorder-bruegge@wyattfirm.com
MATTHEW M. LUBOZYNSKI (*Pro Hac Vice*)
mlubozynski@wyattfirm.com
1715 Aaron Brenner Drive, Suite 800
Memphis, TN 38120
Telephone: 901 537 1000
Facsimile: 901 537 1010

WYATT, TARRANT & COMBS, LLP
STEPHEN C. HALL (*Pro Hac Vice*)
schall@wyattfirm.com
ALLISON L. BROWN (*Pro Hac Vice*)
abrown@wyattfirm.com
500 West Jefferson Street, Suite 2800
Louisville, KY 40202-2898
Telephone: 502 589 5235
Facsimile: 502-589-0309

Attorneys for Defendant
L.P. Brown Company, Inc.

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| H.W.J. DESIGNS FOR AGRIBUSINESS, INC. AND SAMUEL, SON & CO. (USA) INC., <br><br> Plaintiff, <br><br> v. <br><br> RETHCEIF ENTERPRISES, LLC A/K/A RETHCEIF PACKAGING, AND L.P. BROWN COMPANY, INC. D/B/A INTERNATIONAL FIBER PACKAGING, <br><br> Defendants. | Civil Action No. 1:17-cv-00272-AWI-SKO <br><br> **ORDER GRANTING L.P. BROWN COMPANY, INC.'S UNOPPOSED ADMINISTRATIVE MOTION FOR ADDITIONAL PAGES IN CLAIM CONSTRUCTION BRIEFS** <br><br> (Doc.107) <br><br> Complaint Filed: February 24, 2017 |

| | |
|---|---|
| 1 | Now before the Court is Defendant L.P. Brown Company, Inc.'s ("LP Brown") |
| 2 | Unopposed Administrative Motion for Additional Pages in Claim Construction Briefs (the |
| 3 | "Motion") (Doc. 107). |
| 4 | Finding good cause, the Motion is granted. It is hereby ORDERED that the parties may |
| 5 | have 10 additional pages in their opening claim construction briefs (for a total of 35) and 5 |
| 6 | additional pages in their responsive claim construction briefs (for a total of 15). |
| 7 | |
| 8 | IT IS SO ORDERED. |
| 9 | Dated: **February 11, 2019**          /s/ *Sheila K. Oberto* |
| 10 |                                    UNITED STATES MAGISTRATE JUDGE |