Victor de Gyarfas, CA Bar No. 171950
vdegyarfas@foley.com
**FOLEY & LARDNER LLP**
555 South Flower Street, Suite 3500
Los Angeles, CA 90071-2411
Telephone: 213-972-4500
Facsimile: 213-486-0065

Michael R. Houston (pro hac vice)
mhouston@foley.com
R. Spencer Montei (pro hac vice)
rmontei@foley.com
**FOLEY & LARDNER LLP**
321 North Clark Street
Suite 2800
Chicago, IL 60654
Telephone: 312-832-4500
Facsimile: 312-832-4700

Pavan Agarwal (pro hac vice)
pagarwal@foley.com
**FOLEY & LARDNER LLP**
3000 K Street, N.W.
Suite 600
Washington, D.C. 20007
Telephone: 202-672-5300
Facsimile: 202-672-5399

Attorneys for Plaintiffs H.W.J. DESIGNS
FOR AGRIBUSINESS, INC. AND
SAMUEL SON & CO. (USA) INC.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| H.W.J. DESIGNS FOR AGRIBUSINESS, INC. and SAMUEL SON & CO. (USA) INC., <br><br> Plaintiffs, <br><br> vs. <br><br> RETHCEIF ENTERPRISES, LLC, and L.P. BROWN COMPANY, INC., <br><br> Defendants. | Case No. 1:17−cv−00272−AWI−SKO <br><br> **ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE SUPPLEMENTAL CLAIM CONSTRUCTION EXPERT DECLARATION** <br><br> Judge: Hon. Anthony W. Ishii <br> Ctrm: #2 (8th Floor) <br><br> Complaint Filed: February 24, 2017 |

| | |
|---|---|
| 1 | This matter came before the Court upon Plaintiffs' UNOPPOSED MOTION FOR LEAVE TO FILE SUPPLEMENTAL CLAIM CONSTRUCTION EXPERT DECLARATION.  Having reviewed the motion and other pertinent parts of the record, the Court hereby ORDERS AND ADJUDGES as follows: |

This matter came before the Court upon Plaintiffs' UNOPPOSED MOTION FOR LEAVE TO FILE SUPPLEMENTAL CLAIM CONSTRUCTION EXPERT DECLARATION.  Having reviewed the motion and other pertinent parts of the record, the Court hereby ORDERS AND ADJUDGES as follows:

The Motion is GRANTED.  Plaintiffs are given leave to file the declaration attached as Exhibit A to the above-referenced motion.

IT IS SO ORDERED.

Dated:  April 9, 2019

_____
SENIOR DISTRICT JUDGE

-1-

4843-9473-7299.1