# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

H.W.J. DESIGNS FOR AGRIBUSINESS, INC. and SAMUEL SON & CO. (USA) INC.,

               Plaintiffs,

vs.

RETHCEIF ENTERPRISES, LLC, and L.P. BROWN COMPANY, INC.,

               Defendants.

Case No. 1:17−cv−00272−AWI−SKO

**ORDER GRANTING**
**JOINT MOTION FOR LEAVE TO FILE**
**ADDITIONAL EVIDENCE**

Judge:   Hon. Anthony W. Ishii
Ctrm: #2 (8th Floor)

Complaint Filed:    February 24, 2017

This matter came before the Court upon the Parties' JOINT MOTION FOR LEAVE TO FILE ADDITIONAL EVIDENCE. Having reviewed the motion and other pertinent parts of the record, the Court hereby ORDERS AND ADJUDGES as follows:

The Motion is GRANTED. The Parties are given leave to file the additional evidence, attached as Exhibits A and B, to the above-referenced motion.

IT IS SO ORDERED.

Dated: __June 14, 2019__            _____
                                     SENIOR  DISTRICT  JUDGE