UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| H.W.J. DESIGNS FOR AGRIBUSINESS, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>RETHCEIF ENTERPRISES, LLC, et al.,<br><br>Defendants. | No. 1:17-cv-00272-AWI-SKO<br><br>**ORDER GRANTING THE JOINT MOTION FOR CONTINUATION OF CERTAIN FACT AND EXPERT DISCOVERY DEADLINES**<br><br>**ORDER MODIFYING SCHEDULING ORDER**<br><br>**(Doc. 146)** |

This is a patent infringement case filed on February 24, 2017. (Doc. 1.) On November 30, 2018, the Court entered a scheduling order, which set certain deadlines for the claim construction process, the non-expert discovery deadline for October 31, 2019, the expert discovery deadline for April 5, 2020, the non-dispositive motions filing deadline for April 5, 2020, the dispositive motions filing deadline for April 17, 2020, and a trial date of September 15, 2020. (Doc. 99.) The parties request that the Court continue certain dates in the Scheduling Order as follows:

1. Extend the non-expert discovery deadline from October 31, 2019 to November 22, 2019.
2. Extend the expert disclosures deadline from December 2, 2019, to January 13, 2020.
3. Extend the rebuttal expert disclosures deadline from January 17, 2020, to February

17, 2020.

  4.  Extend the expert discovery deadline from April 5, 2020, to April 6, 2020.

  5.  Extend the non-dispositive motions filing deadline from April 5, 2020 to April 6, 2020.

(Doc. 146 at 3.)

  The Court finds good cause to extend the deadlines in the scheduling order pursuant to Rule 16(b)(4) of the Federal Rules of Civil Procedure, as the parties represent that due to the complexity and difficulty of scheduling numerous depositions in multiple cities across the United States, the parties require a brief extension of the discovery deadlines. Further, this is the parties' first request to extend any deadlines unrelated to the claim construction process, the extensions are brief and will not affect the dispositive motions deadline or the trial date.

  Accordingly, for good cause shown, the Court GRANTS the parties' motion and will modify the scheduling order and enlarge the deadlines as requested.

**It is ORDERED that the scheduling order, (Doc. 99), is hereby MODIFIED as follows:**

| Event | Prior Date | Continued Date |
|---|---|---|
| Non-Expert Discovery Completion | October 31, 2019 | November 22, 2019 |
| Expert Disclosures Deadline | December 2, 2019 | January 13, 2020 |
| Rebuttal Expert Disclosures Deadline | January 17, 2020 | February 17, 2020 |
| Expert Discovery Completion | April 5, 2020 | April 6, 2020 |
| Non-Dispositive Motion Filing | April 5, 2020 | April 6, 2020 |
| Non-Dispositive Motion Hearing | May 6, 2020 | No change |
| Dispositive Motion Filing | April 17, 2020 | No change |
| Dispositive Motion Hearing | May 26, 2020 | No change |
| Settlement Conference | March 5, 2020, at 1:00 p.m. | No change |
| Pretrial Conference | July 23, 2020, at 10:00 a.m. | No change |
| Trial | September 15, 2020, at 8:30 a.m. | No change |

IT IS SO ORDERED.

Dated: **October 21, 2019**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE