VICTOR DE GYARFAS, CA Bar No. 171950
 vdegyarfas@foley.com
**FOLEY & LARDNER LLP**
555 SOUTH FLOWER STREET, SUITE 3500
LOS ANGELES, CA 94104-1520
TEL: 213.972.4500  FACSIMILE: 213.486.0065

MICHAEL HOUSTON, Pro Hac Vice
 mhouston@foley.com
ANDREW M. GROSS, Pro Hac Vice
 agross@foley.com
R. SPENCER MONTEI, Pro Hac Vice
 rmontei@foley.com
**FOLEY & LARDNER LLP**
321 NORTH CLARK STREET, SUITE 2800
CHICAGO, IL 60654-5313
TEL: 312.832.4500  FACSIMILE:   312.832.4700

PAVAN AGARWAL, Pro Hac Vice
 pagarwal@foley.com
**FOLEY & LARDNER LLP**
3000 K STREET, SUITE 600
WASHINGTON, D.C. 20007
TEL: 202.672.5300  FACSIMILE:   202.672.5399

KADMIEL PEREZ, CA Bar No. 318719
 kperez@foley.com
**FOLEY & LARDNER LLP**
3579 VALLEY CENTRE DRIVE, SUITE 300
SAN DIEGO, CA 92130
TEL: 858.847.6700  FACSIMILE:   858.792.6773

*Attorneys for Plaintiffs*
H.W.J. DESIGNS FOR AGRIBUSINESS,
INC. AND SAMUEL SON & CO. (USA) INC.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| H.W.J. DESIGNS FOR AGRIBUSINESS, INC. and SAMUEL SON & CO. (USA) INC., <br><br>                    Plaintiff, <br><br>         vs. <br><br> RETHCEIF ENTERPRISES, LLC, and L.P. BROWN COMPANY, INC., <br><br>                    Defendant. | Case No. 1:17-CV-0272-AWI-SKO <br><br> **PLAINTIFFS' NOTICE OF LATE FILING REGARDING DEFENDANTS' REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS PLAINTIFF SAMUEL SON & CO. (USA) INC.** |

1  **TO THE HONORABLE ANTHONY W. ISHII, SENIOR UNITED STATES**
2  **DISTRICT JUDGE:**
3     **PLAINTIFFS HEREBY PROVIDE NOTICE** of Defendants' late filing of Doc.
4  159.  Per Local Rule 230, Defendants filing was due no less than 7 days before the
5  hearing set for November 18, 2019.  Accordingly, Defendants filing was due no later than
6  November 11, 2019, but Defendants failed to file on or before the due date.  Accordingly,
7  Defendants' Doc. 159, along with the underlying documents requested to be sealed,
8  should be disregarded.  *See Ringgold v. Brown*, No. 2:12-CV-00717-JAM-JFM, 2017
9  WL 2214957, at *1 (E.D. Cal. May 19, 2017) (Court refusing to consider late-filed reply
10 brief and accompanying documents); and *Lac v. Nationstar Mortg. LLC*, No. 2:15-CV-
11 00523-KJM-AC (TEMP), 2016 WL 4055041, at *2 (E.D. Cal. July 27, 2016) (same).

| | | |
|---|---|---|
| 1 | Dated: November 13, 2019 | Respectfully submitted, |

/s/ *Kadmiel E. Perez*
Michael R. Houston (admitted *pro hac vice*)
mhouston@foley.com
Andrew M. Gross (admitted *pro hac vice*)
agross@foley.com
R. Spencer Montei (admitted *pro hac vice*)
rmontei@foley.com
FOLEY & LARDNER LLP
321 North Clark Street, Suite 2800
Chicago, Illinois  60654
Tel:  (312) 832-4500
Fax:  (312) 832-4700

Victor de Gyarfas (# 171950)
vdegyarfas@foley.com
FOLEY & LARDNER LLP
555 South Flower Street, Suite 3500
Los Angeles, California 94104
Tel:  312.832.4500
Fax:  213.486.0065

Pavan Agarwal (admitted *pro hac vice*)
pagarwal@foley.com
FOLEY & LARDNER LLP
3000 K Street, Suite 600
Washington, D.C. 20007
Tel:  202.672.5300
Fax:  202.672.5399

Kadmiel E. Perez (# 318719)
kperez@foley.com
FOLEY & LARDNER LLP
3579 Valley Centre Drive, Suite 300
San Diego, California 92130
Tel:  858.847.6700
Fax:  858.792.6773

*Attorneys for Plaintiffs*
H.W.J. DESIGNS FOR AGRIBUSINESS, INC. AND
SAMUEL SON & CO. (USA) INC.

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 13, 2019, the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which served a copy on all counsel of record through notice of electronic filing.

                                       */s/ Kadmiel E. Perez*

                                       Counsel for Plaintiffs