| | |
|---|---|
| KILPATRICK TOWNSEND & STOCKTON LLP<br>STEVEN D. MOORE (State Bar No. 290875)<br>smoore@kilpatricktownsend.com<br>BENJAMIN M. KLEINMAN<br>(State Bar No. 261846)<br>BKleinman@kilpatricktownsend.com<br>Two Embarcadero Center, Suite 1900<br>San Francisco, CA 94111<br>Telephone: 415 576 0200<br>Facsimile: 415 576 0300<br><br>WYATT, TARRANT & COMBS, LLP<br>STEPHEN C. HALL (*Pro Hac Vice*)<br>schall@wyattfirm.com<br>ALLISON L. BROWN (*Pro Hac Vice*)<br>abrown@wyattfirm.com<br>500 West Jefferson Street, Suite 2800<br>Louisville, KY 40202 2898<br>Telephone: 502 589 5235<br>Facsimile: 502 589 0309 | WYATT, TARRANT & COMBS, LLP<br>MARK VORDER-BRUEGGE, JR.<br>(*Pro Hac Vice*)<br>mvorder-bruegge@wyattfirm.com<br>MATTHEW M. LUBOZYNSKI<br>(*Pro Hac Vice*)<br>mlubozynski@wyattfirm.com<br>1715 Aaron Brenner Drive, Suite 800<br>Memphis, TN 38120<br>Telephone: 901 537 1000<br>Facsimile: 901 537 1010 |

**ATTORNEYS FOR DEFENDANT
L.P. BROWN COMPANY, INC.**

| | |
|---|---|
| FOLEY & LARDNER LLP<br>VICTOR DE GYARFAS, (State Bar No. 171950)<br>vdegyarfas@foley.com<br>555 South Flower Street, Suite 3500<br>Los Angeles, CA 94104-1520<br>Telephone: 213 972 4500<br>Facsimile: 213 486 0065<br><br>FOLEY & LARDNER LLP<br>PAVAN AGARWAL (*Pro Hac Vice*)<br>pagarwal@foley.com<br>3000 K Street, Suite 600<br>Washington, D.C. 20007<br>Telephone: 202 672 5300<br>Facsimile: 202 672 5399 | FOLEY & LARDNER LLP<br>MICHAEL HOUSTON (*Pro Hac Vice*)<br>mhouston@foley.com<br>ANDREW M. GROSS (*Pro Hac Vice*)<br>agross@foley.com<br>R. SPENCER MONTEI (*Pro Hac Vice*)<br>rmontei@foley.com 321 North Clark Street, Suite 2800<br>Chicago, IL 60654-5313<br>Telephone: 312 832 4500<br>Facsimile: 312 832 4700<br><br>FOLEY & LARDNER LLP<br>KADMIEL PEREZ (State Bar No. 318719)<br>kperez@foley.com<br>3579 Valley Centre Drive, Suite 300<br>San Diego, CA 92130<br>Telephone: 858 847 6700<br>Facsimile: 858 792 6773 |

**ATTORNEYS FOR PLAINTIFFS H.W.J.
DESIGNS FOR AGRIBUSINESS, INC. AND
SAMUEL, SON & CO. (USA) INC.**

| | |
|---|---|
| TAFT STETTINIUS & HOLLISTER LLP<br>R. ERIC GAUM (*Pro Hac Vice*)<br>egaum@taftlaw.com<br>200 Public Square, Suite 3500<br>Cleveland, Ohio 44114<br>Telephone: 216 241 2838<br>Facsimile: 216 241 3707 | TAFT STETTINIUS & HOLLISTER LLP<br>RYAN O. WHITE (*Pro Hac Vice*)<br>rwhite@taftlaw.com<br>One Indiana Square, Suite 3500<br>Indianapolis, Indiana 46204<br>Telephone: 317 713 3500<br>Facsimile: 317 713 3699 |

| | |
|---|---|
| 1 | TAFT STETTINIUS & HOLLISTER LLP<br>JAIMIN H. SHAH (*Pro Hac Vice*)<br>jshah@taftlaw.com<br>111 E. Upper Wacker Dr., Suite 2800<br>Chicago, IL 60601<br>Telephone: 312 836 4171<br>Facsimile: 312 966 8607 | WILKINS, DROLSHAGEN & CZESHINSKI LLP<br>JAMES H. WILKINS (#116364)<br>j.wilkins@wdcllp.com<br>6785 N. Willow Ave.<br>Fresno, CA 93710<br>Telephone: 559 438 2390<br>Facsimile: 559 438 2393 |

**ATTORNEYS FOR DEFENDANT RETHCEIF ENTERPRISES, LLC A/K/A RETHCEIF PACKAGING**

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| H.W.J. DESIGNS FOR AGRIBUSINESS, INC. AND SAMUEL, SON & CO. (USA) INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>RETHCEIF ENTERPRISES, LLC A/K/A RETHCEIF PACKAGING, AND L.P. BROWN COMPANY, INC. D/B/A INTERNATIONAL FIBER PACKAGING,<br><br>  Defendants. | Civil Action No. 1:17-cv-00272-AWI-SKO<br><br>**JOINT MOTION FOR CONTINUATION OF EXPERT DISCLOSURE DEADLINES; ORDER**<br><br>**(Doc. 163)**<br><br>Complaint Filed: February 24, 2017 |

JOINT MOTION FOR CONTINUATION OF EXPERT DISCLOSURE DEADLINES; ORDER     -1-
CASE NO. 1:17-CV-00272-AWI-SKO

The Parties hereby jointly move the Court to continue the deadlines for opening and rebuttal expert disclosures. This request is distinct from the previous joint request regarding discovery deadlines (Dkt. 146), which the Court graciously granted (Dkt. 147).

As noted when the Parties made that earlier request, the Parties are working diligently to discharge all remaining discovery obligations. In particular, the Parties have finalized logistics for all remaining depositions. In order to meet the discovery schedule, the Parties "double-tracked" depositions: depositions (in different locations and of different witnesses) would be conducted at the same time by having different members of each side's legal team attend the double-tracked depositions.

However, a key member of Defendants' team of counsel has to unexpectedly confront a series of medical emergencies. Plaintiff has responded with courtesy and professionalism, and the Parties have rescheduled the affected depositions.

For these rescheduled depositions to be taken into account in the expert disclosures, the Parties need, and therefore respectfully request, an additional two weeks to prepare those disclosures. The Parties also request an associated continuation of the current deadline for rebuttal expert disclosures, but to minimize the impact on the overall schedule the Parties have agreed to compress the time period to prepare those rebuttal disclosures. The parties request only a one week extension of that deadline. This is reflected in the table below. The proposed changes impact neither the deadlines for the overall completion of expert discovery, the deadlines for non-dispositive and dispositive motions, nor the trial date.

| Event | Current Deadline (Dkt. 147) | Proposed Deadline |
| --- | --- | --- |
| Expert disclosures | January 13, 2020 | January 27, 2020 |
| Rebuttal expert disclosures | February 17, 2020 | February 24, 2020 |

Thus, pursuant to E.D. Cal. Local Rule 144(a) and Fed. R. Civ. P. 6, the Parties seek the Court's approval to continue the afore-mentioned deadlines.

JOINT MOTION FOR CONTINUATION OF EXPERT DISCLOSURE DEADLINES; ORDER
CASE NO. 1:17-CV-00272-AWI-SKO

| | | |
|---|---|---|
| 1 | DATED: November 15, 2019 | Respectfully submitted, |
| 2 | | KILPATRICK TOWNSEND & STOCKTON LLP |
| 3 | | |
| 4 | | By: */s/Benjamin M. Kleinman* |
| | | Steven D. Moore |
| 5 | | smoore@kilpatricktownsend.com |
| | | Benjamin M. Kleinman |
| 6 | | bkleinman@kilpatricktownsend.com |
| | | KILPATRICK TOWNSEND & STOCKTON LLP |
| 7 | | Two Embarcadero Center, Suite 1900 |
| | | San Francisco, CA 94111 |
| 8 | | Telephone: 415 576 0200 |
| | | Facsimile: 415 576 0300 |
| 9 | | |
| | | Stephen C. Hall (*Pro Hac Vice*) |
| 10 | | schall@wyattfirm.com |
| | | Allison L. Brown (*Pro Hac Vice*) |
| 11 | | abrown@wyattfirm.com |
| | | WYATT, TARRANT & COMBS, LLP |
| 12 | | 500 West Jefferson Street, Suite 2800 |
| | | Louisville, KY 40202 2898 |
| 13 | | Telephone: 502 589 5235 |
| | | Facsimile: 502 589 0309 |
| 14 | | |
| | | Mark Vorder-Bruegge, Jr. (*Pro Hac Vice*) |
| 15 | | mvorder-bruegge@wyattfirm.com |
| | | Matthew M. Lubozynski (*Pro Hac Vice*) |
| 16 | | mlubozynski@wyattfirm.com |
| | | WYATT, TARRANT & COMBS, LLP |
| 17 | | 1715 Aaron Brenner Drive, Suite 800 |
| | | Memphis, TN 38120 |
| 18 | | Telephone: 901 537 1000 |
| | | Facsimile: 901 537 1010 |
| 19 | | |
| | | **Attorneys for Defendant** |
| 20 | | **L.P. BROWN COMPANY, INC.** |
| 21 | | |
| | | Victor De Gyarfas |
| 22 | | vdegyarfas@foley.com |
| | | FOLEY & LARDNER LLP |
| 23 | | 555 South Flower Street, Suite 3500 |
| | | Los Angeles, CA 94104-1520 |
| 24 | | Telephone: 213 972 4500 |
| | | Facsimile: 213 486 0065 |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

JOINT MOTION FOR CONTINUATION OF EXPERT DISCLOSURE DEADLINES; ORDER -1-
CASE NO. 1:17-CV-00272-AWI-SKO

| | |
|---|---|
| 1 | Michael Houston (*Pro Hac Vice*) |
| | mhouston@foley.com |
| 2 | Andrew M. Gross (*Pro Hac Vice*) |
| | agross@foley.com |
| 3 | R. Spencer Montei (*Pro Hac Vice*) |
| | rmontei@foley.com |
| 4 | FOLEY & LARDNER LLP |
| | 321 North Clark Street, Suite 2800 |
| 5 | Chicago, IL 60654-5313 |
| | Telephone: 312 832 4500 |
| 6 | Facsimile: 312 832 4700 |
| 7 | Pavan Agarwal (*Pro Hac Vice*) |
| | pagarwal@foley.com |
| 8 | FOLEY & LARDNER LLP |
| | 3000 K Street, Suite 600 |
| 9 | Washington, D.C. 20007 |
| | Telephone: 202 672 5300 |
| 10 | Facsimile: 202 672 5399 |
| 11 | Kadmiel Perez |
| | kperez@foley.com |
| 12 | FOLEY & LARDNER LLP |
| | 3579 Valley Centre Drive, Suite 300 |
| 13 | San Diego, CA 92130 |
| | Telephone: 858 847 6700 |
| 14 | Facsimile: 858 792 6773 |
| 15 | **Attorneys for Plaintiffs H.W.J. Designs for Agribusiness, Inc. and Samuel, Son & Co. (USA) Inc.** |
| 16 | |
| 17 | |
| 18 | R. Eric Gaum (*Pro Hac Vice*) |
| | egaum@taftlaw.com |
| | TAFT STETTINIUS & HOLLISTER LLP |
| 19 | 200 Public Square, Suite 3500 |
| | Cleveland, Ohio 44114 |
| 20 | Telephone: 216 241 2838 |
| | Facsimile: 216 241 3707 |
| 21 | |
| 22 | Ryan O. White (*Pro Hac Vice*) |
| | rwhite@taftlaw.com |
| | TAFT STETTINIUS & HOLLISTER LLP |
| 23 | One Indiana Square, Suite 3500 |
| | Indianapolis, Indiana 46204 |
| 24 | Telephone: 317 713 3500 |
| | Facsimile: 317 713 3699 |
| 25 | |
| 26 | Jaimin H. Shah (*Pro Hac Vice*) |
| | jshah@taftlaw.com |
| | TAFT STETTINIUS & HOLLISTER LLP |
| 27 | 111 E. Upper Wacker Dr., Ste 2800 |
| | Chicago, IL 60601 |
| 28 | Telephone: 312 836 4171 |

| | |
|---|---|
| 1 | Facsimile: 312 966 8607 |
| 2 | |
| 3 | James H. Wilkins<br>j.wilkins@wdcllp.com<br>WILKINS, DROLSHAGEN & CZESHINSKI LLP |
| 4 | 6785 N. Willow Ave.<br>Fresno, CA 93710 |
| 5 | Telephone: 559 438 2390<br>Facsimile: 559 438 2393 |
| 6 | |
| 7 | **Attorneys for Defendant**<br>**Rethceif Enterprises,** LLC |

JOINT MOTION FOR CONTINUATION OF EXPERT DISCLOSURE DEADLINES; ORDER -3-
CASE NO. 1:17-CV-00272-AWI-SKO

**ORDER**

Having reviewed the Parties' JOINT MOTION FOR CONTINUATION OF EXPERT DISCLOSURE DEADLINES (Doc. 163), and for good cause shown (*see* Fed. R. Civ. P. 16(b)(4)), the Motion is GRANTED, and the Court MODIFIES the Scheduling Order as follows: Expert disclosures are now due January 27, 2020, and rebuttal expert disclosures are now due February 24, 2020.

IT IS SO ORDERED.

Dated: **November 18, 2019** /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE