1

2

3

4

5          **UNITED STATES DISTRICT COURT**

6          **EASTERN DISTRICT OF CALIFORNIA**

7

8  **H.W.J. DESIGNS FOR AGRIBUSINESS,**              **CASE NO. 1:17-CV-0272 AWI SKO**
   **INC. AND SAMUEL STRAPPING**
9  **SYSTEMS, INC.,**                                **ORDER RE: REQUESTS TO FILE**
                                                      **DOCUMENTS UNDER SEAL**
10              **Plaintiffs**

11         **v.**

12  **RETHCEIF ENTERPRISES, LLC A/K/A**              **(Docs. 158 and 159)**
    **RETHCEIF PACKAGING, AND L.P.**
13  **BROWN COMPANY, INC. D/B/A**
    **INTERNATIONAL FIBER**
14  **PACKAGING,**
                **Defendants**
15

16         Plaintiffs have made a request to have their opposition memo to a motion to dismiss under

17  seal. Doc. 158.  Defendants have made a request to have their reply memo filed under seal. Doc.

18  159.  There has been no opposition to either request.  The court had previously approved the filing

19  under seal of the moving brief for the motion to dismiss. Doc. 148.  The opposition and reply

20  discuss the same information as the moving brief.  Sealing is appropriate.

21         Accordingly, IT IS HEREBY ORDERED that the requests to file under seal are

22  GRANTED.

23

24  IT IS SO ORDERED.

25  Dated:   November 18, 2019          _____
                                           SENIOR  DISTRICT  JUDGE
26

27

28