VICTOR DE GYARFAS, CA Bar No. 171950
   vdegyarfas@foley.com
**FOLEY & LARDNER LLP**
555 SOUTH FLOWER STREET, SUITE 3500
LOS ANGELES, CA 94104-1520
TEL: 213.972.4500
FACSIMILE: 213.486.0065

MICHAEL HOUSTON, Pro Hac Vice
   mhouston@foley.com
ANDREW M. GROSS, Pro Hac Vice
   agross@foley.com
R. SPENCER MONTEI, Pro Hac Vice
   rmontei@foley.com
**FOLEY & LARDNER LLP**
321 NORTH CLARK STREET, SUITE 2800
CHICAGO, IL 60654-5313
TEL: 312.832.4500
FACSIMILE: 312.832.4700

PAVAN AGARWAL, Pro Hac Vice
   pagarwal@foley.com
**FOLEY & LARDNER LLP**
3000 K STREET, SUITE 600
WASHINGTON, D.C. 20007
TEL: 202.672.5300
FACSIMILE: 202.672.5399

KADMIEL PEREZ, CA Bar No. 318719
   kperez@foley.com
**FOLEY & LARDNER LLP**
3579 VALLEY CENTRE DRIVE, SUITE 300
SAN DIEGO, CA 92130
TEL: 858.847.6700
FACSIMILE: 858.792.6773

*Attorneys for Plaintiffs*
H.W.J. DESIGNS FOR AGRIBUSINESS, INC.
AND SAMUEL SON & CO. (USA) INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| H.W.J. DESIGNS FOR AGRIBUSINESS, INC. and SAMUEL SON & CO. (USA) INC., <br><br> Plaintiff, <br><br> vs. <br><br> RETHCEIF ENTERPRISES, LLC, and L.P. BROWN COMPANY, INC., <br><br> Defendant. | Case No. 1:17-CV-0272-AWI-SKO <br><br> **JOINT STIPULATION REGARDING CONTINUATION OF CLOSE OF FACT DISCOVERY DEADLINE; ORDER** <br><br> **(Doc. 167)** <br><br> Magistrate Judge: Hon. Sheila K. Oberto <br> Ctrm: #7 (6th Floor) <br><br> Complaint Filed: February 24, 2017 <br><br> Current Close of Fact Discovery: Nov. 22, 2019 <br><br> Proposed Close of Fact Discovery: Dec. 6, 2019 |

1    The Parties hereby jointly move the Court to continue the close of fact discovery deadline, the
2    need for which is explained below.

3    As has been the case for months now, the Parties have been working and continue to work
4    diligently to schedule and complete numerous depositions, in multiple cities across the U.S., at times
5    and places that would be reasonably and mutually convenient for the Parties and deponents. However,
6    given several recent logistical issues outside the control of the Parties (e.g., difficult weather conditions
7    and health concerns of counsel), the Parties have necessarily pushed back various depositions.
8    Additionally, because discovery is still ongoing, and because the Parties have worked amicably to ensure
9    that all parties receive the full scope of discovery that they are entitled to, various documents are still
10   being produced by the Parties. Relatedly, given the ongoing depositions and document productions, the
11   Parties desire additional time to further update their interrogatory responses. As such, the Parties have
12   agreed that it would be mutually beneficial to continue the close of fact discovery deadline, in order to
13   complete depositions and the supplementation of prior written discovery. The Parties also agree that
14   additional written discovery will not be served.

15   The current deadline for the close of fact discovery is November 22, 2019 (D.I. 146). The
16   proposed deadline is December 6, 2019. No other amendments to the scheduling order are proposed and
17   no other current deadlines in the scheduling order (including the close of expert discovery and trial date)
18   would be affected by the proposed adjustment to the deadline for the close of fact discovery. Only two
19   previous extensions of time to the scheduling order have been requested by the Parties to date (D.I. 146
20   & 163), both of which were granted by the Court (D.I. 147 & 164). As part of a previous stipulation by
21   the Parties, the close of fact discovery previously moved from October 31, 2019 to November 22, 2019,
22   at the request of the Parties (D.I. 146), and with the Court's approval (D.I. 163).

23   Accordingly, pursuant to E. D. Cal. Local Rule 144(a), and Fed. R. Civ. P. 6, and for the reasons
24   stated above, the Parties hereby jointly stipulate to continue the aforementioned close of fact discovery
25   deadline from November 22, 2019 to December 6, 2019, subject to the Court's approval.

26   IT IS SO STIPULATED.

DATED: November 22, 2019

Respectfully submitted,

**FOLEY & LARDNER LLP**
By:/s/ *Kadmiel E. Perez*
Attorneys for Plaintiffs
H.W.J. DESIGNS FOR AGRIBUSINESS, INC.
and SAMUEL, SON & CO. (USA) INC.

**WYATT, TARRANT & COMBS, LLP**
By:/s/ *Matthew Lubozynski*
Attorneys for Defendant
L.P. BROWN COMPANY, INC.

**TAFT STETTINIUS & HOLLISTER LLP**
By: /s/ *R. Eric Gaum*
Attorneys for Defendant
RETHCEIF ENTERPRISES, LLC

### ORDER

Having reviewed the Parties' above JOINT STIPULATION REGARDING CONTINUATION OF CLOSE OF FACT DISCOVERY DEADLINE (Doc. 167), and for good cause shown (Fed. R. Civ. P. 16(b)(4)), the Stipulation is approved and the close of fact discovery in the instant case is moved to December 6, 2019.

IT IS SO ORDERED.

Dated: __**November 25, 2019**__          /s/ *Sheila K. Oberto*
                                     UNITED STATES MAGISTRATE JUDGE